**Robert Preston DICKEY, Appellant,**

v.

**UNITED STATES of America.**

No. 15043.

United States Court of Appeals
Eighth Circuit.

April 1, 1954.

Robert Preston Dickey, pro se.

Harry Richards, U. S. Atty., and Wayne H. Bigler, Jr., Asst. U. S. Atty., St. Louis, Mo., for appellee.

Appeal from District Court dismissed, on motion of appellee.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, Over-The-Road and City Transfer Drivers, Helpers, Dockmen and Warehousemen, Local Union No. 41, A. F. L.**

No. 14457.

United States Court of Appeals
Eighth Circuit.

April 1, 1954.

David P. Findling, Assoc. Gen. Counsel, N. L. R. B., A. Norman Somers, Asst. Gen. Counsel, N. L. R. B., and Elizabeth W. Weston, Attorney, N. L. R. B., Washington, D. C., for petitioner.

Clif Langsdale, Kansas City, Mo., and John J. Manning, New York City, for respondent.

Order of Labor Board enforced, in conformity with opinion and mandate of Supreme Court of the United States, 74 S.Ct. 323.

**Elmer F. KELM, Appellant,**

v.

**Robert W. LANNAN.**

No. 15025.

United States Court of Appeals
Eighth Circuit.

April 2, 1954.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Spec. Asst. to Atty. Gen., Philip Miller, Spec. Asst. to Atty. Gen., George E. MacKinnon, U. S. Atty., and Alex Dim, Asst. U. S. Atty., St. Paul, Minn., for appellant.

Joseph A. Maun, St. Paul, Minn., William R. Busch, Minneapolis, Minn., and Matthew J. Finley, St. Paul, Minn., for appellee.

Appeal from District Court dismissed, on stipulation of parties.

**Edward SWOPE et al., Petitioners,**

v.

**NATIONAL LABOR RELATIONS BOARD.**

No. 15014.

United States Court of Appeals.
Eighth Circuit.

April 12, 1954.

William P. Byrne, St. Louis, Mo., for petitioner.

David P. Findling, Assoc. Gen. Coun., N. L. R. B., and A. Norman Somers, Asst. Gen. Coun., N. L. R. B., Washington, D. C., for respondent.

Motion of respondent to dismiss petition for judicial review for lack of jurisdiction sustained and petition for judicial review dismissed for lack of jurisdiction.